# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. 4:13CR9 |
| | § | |
| CHRISTOPHER ANTHONY GESINO | § | |

## MEMORANDUM ADOPTING REPORT AND
## RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the above-referenced criminal action, this court having heretofore referred the request for revocation of Defendant's supervised release to the United States Magistrate Judge for proper consideration. The court has received the report of the United States Magistrate Judge pursuant to its order. Defendant having waived allocution before this court as well as his right to object to the report of the Magistrate Judge, the court is of the opinion that the findings and conclusions of the Magistrate Judge are correct.

It is, therefore, **ORDERED** that the Magistrate Judge's Report is **ADOPTED** as the opinion of the court. It is further **ORDERED** that Defendant's supervised release is hereby **REVOKED**. It is further **ORDERED** that Defendant be committed to the custody of the Bureau of Prisons to be

imprisoned for a term of twenty-one months (21) months with fifteen (15) months supervised release to follow and pay restitution in the amount of $18,885.26.[1]

**IT IS SO ORDERED.**

SIGNED at Beaumont, Texas, this 3rd day of April, 2013.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE

---

[1] The amount of restitution herein reflects the amount specified in the Amended Judgment entered in the criminal matter.